

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-18-00763-CR

Alton Darrell **BROWN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CR-9276
The Honorable Mark Luitjen, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to file brief is hereby GRANTED. The appellant's brief is due on March 14, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court